UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO NAVA-GOMEZ,<br><br>Defendant. | Case No. 3:15-cr-00077-LRH-WGC |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO NAVA-GOMEZ,<br>aka Arturo Gomez Nava,<br><br>Defendant. | Case No. 3:18-cr-00061-MMD-WGC<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

///

///

1

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-cr-00061-MMD-WGC is reassigned to District Judge Larry R. Hicks and all future pleadings must bear case number 3:18-cr-00061-LRH-WGC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 3rd day of August, 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE